UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              CASE NO.:   8:10-cv-580-T-23EAJ

JEFFREY L. GORDON,

    Defendant.
_____/

**ORDER**

Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), the United States' motion for summary judgment (Doc. 14) and the defendant's motion to dismiss (Doc. 16) were referred to United States Magistrate Judge Elizabeth A. Jenkins for a report and recommendation.  (Doc. 18)  The magistrate judge recommends (Doc. 25) denial of each motion.  No party objects to the report, and the time for filling objections has expired.  Accordingly, the magistrate judge's report and recommendation (Doc 25) is **ADOPTED** and the motions (Docs. 14 and 16) are **DENIED**.

ORDERED in Tampa, Florida, on November 5, 2010.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE